GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: gayle.helart@usdoj.gov
Attorneys for Plaintiff

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    MAY 1 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Walton Biggness,<br><br>          Defendant. | No. CR-21-00371-PHX-SMB (JZB)<br><br>**R E D A C T E D**<br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256<br>(Possession of Child Pornography)<br>Count 1<br><br>18 U.S.C. §§ 981 and 2253,<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 20, 2019, in the District of Arizona, and elsewhere, defendant, WALTON BIGGNESS, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by the defendant were contained on the items listed below. The visual depictions on the items listed below had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which

1  had been mailed, shipped, and transported, by any means, including by computer. Some
2  of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| Item | Files |
|---|---|
| Dell Laptop computer SN 663QT2XLT | 9yo Jenny nude tied up waiting for dog to fuck her - underage lolita r@ygold pthc ptsc ddogprn pedo young child sex preteen hussyfan kiddie kiddy porn(1).jpg<br><br>0-KIDDY-PTHC bw 024a-Dog Fucks 5yo Girl(1).jpg<br><br>pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara baby ( (5).jpg<br><br>T-234058444-Pollyfan Gvenet.avi<br><br>!!!New (Pthc) stephy 7Yo Hard Sex.avi<br><br>(PHANT) -- hard - 2 hombres forzando niña de 6.mp4<br><br>Felixxx 063201Itv Matrixtxri745Dfwonion 150520Ikz Twlba5j7Oo5g4Kj5 Onion(10).jpg<br><br>Felixxx 114535Knv Awd2.jpg<br><br>Felixxx 170018rch 1.jpg<br><br>Felixxx_001939fek_Felixxx_015602oft_MATRIXtxri745dfwONION_224049Mhc_1422222055973-0.jpg<br><br>(Pthc) Obeying daddy 2010.avi<br><br>(~pthc center~)(opva)(2015) Fucking 11yo daughter in skype.avi<br><br>T-767267876-((Pollyfan - Quartet 02 (Boy & Alice Friends) 2018.mkv<br><br>T-303933174-Pthc 2018 video_2018 02 09_14 44 51 Pedomom PLEASE NAME SHARE MORE.avi<br><br>T-122484308-Peter Boil - Russian Kids.avi<br><br>! New(G)2010 5Yo Devochka Fuck (Very Good) (1).mp4 |

| | |
|---|---|
| | Felixxx 063201Itv Matrixtxri745Dfwonion 150520Ikz Twlba5j7Oo5g4Kj5 Onion(10).jpg<br><br>T-56562032-(pthc)inglish brother sister play webcam 15 and 11.avi<br><br>!!! New !!! (Pthc) 8Yo Moni 3 8Yo.avi<br><br>4yo (daddypedo pthc) HOTT feeding time daddys huge load swallowed(Kids Got Talent).mp4<br><br>[m+b] 5yo boy takes cock up the butt (man, boy, boylove, toddler, anal, pedo, gay).mp4 |
| Lacie External Hard Drive SN 1322909211707K | animal-boy fucking dog.avi<br><br>[Spank] wespank.net Real punishment of children ? 185 spanking_kids 50620011.AVI |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2), and 2256.

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 through 3 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to the computer and external hard drive listed in Count 1 above, seized by law enforcement on or about February 20, 2019, containing visual depictions of minors engaging in sexually

explicit conduct and child erotica and used to facilitate child pornography activities. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence,

    (2)    has been transferred or sold to, or deposited with, a third party,

    (3)    has been placed beyond the jurisdiction of the court,

    (4)    has been substantially diminished in value, or

    (5)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*

FOREPERSON OF THE GRAND JURY
Date: May 18, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*S/*

GAYLE L. HELART
Assistant U.S. Attorney